United States District Court
District of Columbia

✗

Jerome L. Grimes,
Plaintiff,

V.

Case: 1:18-cv-02306   F Deck
Assigned To : Unassigned
Assign. Date : 9/29/2018
Description: Pro Se Gen. Civil

National Enquirer, US Weekly (magazine), Tabloids, (In General) Star, Et., al.,
Defendants.

I. Jurisdiction

As stated in Right-side margin on this 1 of page, 6th Amend., U.S. Const., Etc.

II. Plaintiff

Plaintiff Jerome L. Grimes, mailing address: P.O. Box 2433, Eatonville, Florida 32751, (219) 808-0306.

"(1 of 8)"

Under "USC 28", "Flight 93 Terror Covert Terrorism Post-Horrible Day of Transportation Vehicle Terror Intent Premeditated Violation of Print, (Radio), And Television Broadcast Communication Rules And Regulation. Pursuant To The Sixth Amendment Rights Right To Confront The Accuser(s), 1 U.S. Constitution."

RECEIVED
SEP 29 2018
Clerk, U.S. District and Bankruptcy Courts

II. Defendants

1. Defendant, National Enquirer doing business in multijurisdictions of the (USA) and its territories, headquartered in New York City, since 1971 move from Florida. 4 New York Plaza, New York, NY 10004, (212) 545-4800

2. Defendant, US Weekly Magazine doing business in multijurisdictions of the (USA) and its territories.

3. Defendants, identified herein as Tabloids (Network) multiple in numbers doing business in multijurisdictions of the (USA) and its territories.

III. Causes Of Action

The (USA) and its territories uses the United States of America

2 of 9

Constitution, such as the 6th Amendment and 4th Amendment Rights, "Rights To Be Free From Libel, Slander, and Public Broadcast Print And Electronic Media Defamation" and "Right To Confront The Accuser(s) of Antedated And False Statements Knowing or Believing To Be Untrue Based On Hearsay And False Images of Likeness (See: Copyright and Trademark Laws Applicable), guaranteed by the U.S. Constitutions.

These defendants are violating print broadcasting law rules and Regulations of disclaimers, authorship of, expressed views, identification of content editor(s) contributing to and/or photographing public figures and celebrities in a humorous fashion disguised as true or illegally claiming freedom of speech violates the 6th + 4th Amendments of the

U.S. Contitution, and Broadcasting LAW Rules and Regulations supported by civil and criminal federal laws of the (U.S.A.) United States of America and Its Territories.

V. Previous Lawsuits

Jeromel. Grimes -v.- (CCSF)
City County San Francisco
U.S. Dist. Ct., Northern Dist. of CA.
Civil Complaint No.: C86-5203

VI. Remedy Exhausted

to "my civic duty in pro se rights a time of "see something say something" at discovered through InProSe, Independent Investigation of Covert Terrorism Communic Reverse Psychology Kind Words to Plan Premeditated Highly

(4 of 6)

Sophisticated Simultaneous Post Flight 09/11/01 Terrorism Follow-Up Violation of 1949 Geneva Convention recently amended 1977, i.e., Tabloid Stories Print Broadcasted Public Magazines With No Authorship Or Editor Antedated News Editorial Content Based On Hearsay And False, Fraudulent, Slanderous, Loving Reverse Intent, and Antedated Alleged Serious, Humorous, To Comedic Editorial And Digitally Enhanced Pho[to] Covert Communic Of [Year] 2019 Covert Terror Attacks Against Citizens and Tourists from Home (USA) and Abroad

Remedy Requested

A court order and injunction ordering Editor And Chiefs of defendants aka: Tabloid Magazines to handover a

(5 of 8)

list of editors, [applicants list appropriate] [National Security] REPORTERS, and freelance Roving reporters/news gathers, and photographers, along with their Resumes for comparison to Terrorist Timothy McVeigh's Resume Template Style Coincedences of Cover-Letters, Follow-Up Letters, and applicants dates of hire, firings, and denial of employment. (See: Urinalysis Labs used Post and Pre- Horrible Days of Transportation Vehicle Covert Terrorisms Unjustifiable Premeditated Against Public Figures And Celebrity Relatives, compared to Met Life Anarchy Inside Jobbers. Against Federal Government Resumes, Applicants, Cover Letter Style with Dates Highly Sophisticated Communic and SS#'s, Stage Names Highly Sophisticated Communic of 2019 and 2021 Years of Covert Terrorisms International Intent

(6 of 8)

These Inside Jobbers/Strangers Among Us In A Nice Employed Appearance "Would Like To Commit" Against Citizens, Tourists, and Landmarks.

Damages: $77,000.00 [Seventy Seven Thousand Dollars] includes punitive deterring measure to prevent media blackout covert terror before, during, and after predictable and probable desparate anti-USA legacy and future of freedom of the pursuit of happiness substant federal constitutional right for U.S. citizens' rights to be safe at work and in residences. Dangerou (worksites) Rotoric Against The International Defend of justice and against those Internati Defenders' Spokespersons (Public Figures Credible And Visible Extension of Global Brands And Employment Imports to Export

(8 of v)

I declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Dated: September 04, 2018

*Jerome L. Grimes*

Jerome L. Grimes, But In Pro Se, Attorney Bachelors Of Arts Degree in (BCA) Broadcast Communication Arts, Radio & Television, 1980, SFSU Alumni.

Plaintiff and, In Pro Se with Civic constitutional duty to prevent covert terror against self and others.

(8 of 8) Plus. (1) One. Attachment

<sub>3.</sub> Defendant Tabloids

↓ US
↓ Star
  OK!
  In Touch
  HERS
  Lifestyle
  Closer
  Mens Journal
  Muscle Fitness
  National Enquirer
  Globe
  Radar
  Soap Opera Digest

(AMI) American Media, Inc.

(The Inside Jobbers)
↓ Inside Jobbers

Has dangerous inside "Jobbers" anti-US within the Tabloids Industry / Defendants Worksites

Attachment

9324 34th Avenue, Denver, CO
Colorado Lic Plate Non
OUD 774
Oklahoma City Bombs
[Guilty] White Decent, male
09/05/18
11:00 P.m.
Asian Decent, Female
Privacy Terror